986 A.2d 676

IN THE MATTER OF JOSEPH J. DOCHNEY,
AN ATTORNEY AT LAW.

January 22, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–067, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JOSEPH J. DOCHNEY** of **TOMS RIVER,** who was admitted to the bar of this State in 1981, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(b) (failure to keep client informed about the status of matter), *RPC* 1.5(b) (failure to provide written fee agreement), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **JOSEPH J. DOCHNEY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.